ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ALLIANCE OF FOREST OWNERS, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 10-1209 |

## EPA STATUS REPORT

Pursuant to the Court's Order of March 7, 2016 (Doc. 1602610), Respondent, the United States Environmental Protection Agency ("EPA"), hereby provides the Court with its scheduled Status Report.

This action involves Petitions for Review filed by the National Alliance of Forest Owners ("NAFO") and the American Forest & Paper Association, Inc., related to application of the Clean Air Act's Prevention of Significant Deterioration ("PSD") and Title V permitting programs to greenhouse gas emissions from stationary sources.  As reported on January 12, 2011, EPA granted NAFO's administrative petition to reconsider the manner in which EPA addressed greenhouse gas emissions from biomass-fired and other biogenic sources in a rule

that phased in the application of the statutory PSD and Title V permitting requirements to greenhouse gases. *See* Prevention of Significant Deterioration and Title V Greenhouse Gas Tailoring Rule, 75 Fed. Reg. 31,514 (June 3, 2010). EPA then embarked on a multi-year scientific and technical examination of issues related to the emission of carbon dioxide ("$CO_2$") from the use of biogenic materials at stationary sources. The outcome of this effort may be used to inform how biogenic $CO_2$ emissions should be treated under the PSD and Title V permitting programs. 76 Fed. Reg. 43,490 (July 20, 2011). *See also* Petitioners' Motion to Govern, Doc. 1602486 at 3, 5.

      EPA has not completed the process of reconsidering the treatment of biogenic $CO_2$ emissions under the PSD and Title V permitting programs. EPA continues to conduct its review and consideration of the underlying science related to assessing biogenic $CO_2$ emissions from stationary sources. As part of this effort, the Agency continues to engage in an ongoing technical process to develop a report entitled *Framework for Assessing Biogenic $CO_2$ Emissions from Stationary Sources*, which currently is being reviewed by EPA's Scientific Advisory Board. Once complete, this technical resource will likely inform further EPA action regarding the regulatory treatment of biogenic $CO_2$ from stationary sources, including under the PSD and Title V programs.

June 6, 2016                                  Respectfully submitted,

                                                               JOHN C. CRUDEN
                                                               Assistant Attorney General
                                                               Environment & Natural Resources
                                                                Division

                                                                <u>/s/   Perry M. Rosen</u>
                                                                PERRY M. ROSEN
                                                                United States Department of Justice
                                                                Environment & Natural Resources Div.
                                                                Environmental Defense Section
                                                                P.O. Box 7611
                                                                Washington D.C.  20044
                                                                Tel:  (202) 353-7792
                                                                Fax: (202) 514-8865
                                                                Counsel for Respondent EPA

                                                                OF COUNSEL:

                                                                BRIAN DOSTER
                                                                NORA GREENGLASS
                                                                Office of General Counsel
                                                                U.S. Environmental Protection Agency
                                                                Ariel Rios Building
                                                                1200 Pennsylvania Avenue, N.W.
                                                                Mail Code: 2344A
                                                                Washington, D.C. 20460

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing EPA Status Report, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said Motion to the attorneys of record who have registered with the Court's CM/ECF system.

June 6, 2016                                          /s/   Perry M. Rosen
                                                             Perry M. Rosen
                                                             Counsel for Respondent EPA